ROSALIND HERRMANN, Formerly ROSALIND KAPHAN, v. COLUMBIA CASUALTY COMPANY.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ELIZABETH IGOE v. THE GREAT ATLANTIC AND PACIFIC TEA COMPANY.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

PASQUALE RUSSO v. EIGHTH AVENUE RAILROAD COMPANY, Impleaded, etc.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HENRY V. F. PRICE v. EDWARD E. ANDROVETTE.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs; motion for stay granted upon defendant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

GUARANTY TRUST COMPANY OF NEW YORK v. BENNO LEVISON and Another, Copartners, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

In the Matter of the Transfer Tax upon the Estate of ALBERT SIMONSON, Deceased.— Motion granted. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

CHELSEA EXCHANGE BANK v. WILLIAM F. LAHIFF.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

MAX SCHOCHET v. THE PUBLIC NATIONAL BANK OF NEW YORK.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. GEORGE M. HOBLITZELL, Principal, and Another, Surety. CHARLES W. BERRY, as Comptroller of the City of New York, Respondent.— Motion denied. Present — Dowling, P. J., Merrell, McAvoy, Martin and Proskauer, JJ.

MILL FACTORS CORPORATION v. LOUIS MARGOLIES and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, Martin and O'Malley, JJ.

ANNIE CASHMAN and Others v. SOUTH WEST END CORPORATION.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CHARLES SASSON v. WILLIAM A. HARDER and Another.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, McAvoy, Martin and Proskauer, JJ.

CHARLES SASSON v. WILLIAM A. HARDER and Another.— Motion granted upon defendants' filing the bond required by section 593 of the Civil Practice Act. Present — Dowling, P. J., Merrell, McAvoy, Martin and Proskauer, JJ.

GLENS FALLS INSURANCE COMPANY v. VIRGIL A. STEWART.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, Martin and O'Malley, JJ.

GUISEPPE YACONI v. BRADY & GIOE, INC., Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs; motion for stay granted. Present — Dowling, P. J., Merrell, McAvoy, Martin and Proskauer, JJ.

KATARYNA LOTOCKA, as Administratrix, etc., of ALEX LOTOCKA, Deceased, v.